UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| B.H., on behalf of her minor daughter D.B.;<br>A.M., on behalf of her minor daughter M.M.;<br>D.L., on behalf of her minor daughter D.Y.;<br>L.W.; A.M.; and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          -versus-<br><br><br>CITY OF NEW YORK; MAYOR MICHAEL R. BLOOMBERG, in his official capacity; POLICE COMMISSIONER RAYMOND W. KELLY, in his official capacity; ASSISTANT CHIEF JAMES SECRETO, in his official capacity; SERGEANT ROSLYN DOWNING-LEE, in her individual and official capacities; SCHOOL SAFETY OFFICER JANE DOE, in her individual and official capacities; SCHOOL SAFETY OFFICER KEVIN MAYES, in his individual and official capacities; SCHOOL SAFETY OFFICER JOHN DOE 1, in his individual and official capacities; and SCHOOL SAFETY OFFICER JOHN DOE 2, in his individual and official capacities,<br><br>                    Defendants. | **AFFIDAVIT OF PERSONAL SERVICE**<br><br>10-Civ-0210 (RRM) (ALC) |

---

State of New York   )
                    : ss.
County of New York )

    Alia Al-Khatib, being duly sworn, deposes and says that she is not a party to the above-captioned action, is over the age of eighteen years, is an employee of the New York Civil Liberties Union, and that on the 22nd day of January 2010 at 3:53 pm, pursuant to FRCP 4(e)(2)(C), she personally served a **copy of the Summons and Complaint for Defendant City of New York** in the above-captioned matter upon the:

Corporation Counsel
Department of Law of the City of New York
100 Church Street
New York, NY 10007

By personally delivering a true copy of the Summons and Complaint to Dmitriy Aronov, the attendant at the Law Department desk for service of process.

_____
Alia Al-Khatib

Sworn to before me this
26th day of January, 2010

_____
NOTARY PUBLIC

LAUREL P. BENJAMIN
Notary Public, State of New York
No. 24-4825914
Qualified in Kings County
Commission Expires Sept 30, 20 10