# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | February 4, 2014 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER:** | CV-10-210 (RRM) |
| **NAME OF CASE** | B.H., ET AL -V- CITY OF NEW YORK, ET AL. |
| **FOR PLAINTIFF(S):** | Schwartztol, et al. |
| **FOR DEFENDANT(S):** | Zuckerman, et al. |
| **NEXT CONFERENCE(S):** | APRIL 11, 2014 AT 3:00 P.M., IN-PERSON (See rulings below) |

**RULINGS FROM STATUS CONFERENCE:**

(1) Defendants will respond to the pending requests for admission as modified on the record of today's proceeding.

(2) Defendants will produce updated databases by April 1.   Plaintiffs' expert reports are now due May 13, and defendants' expert reports are now due August 19.  Any delay in producing corrected databases may result in shortened time for production of expert reports.

(3) Plaintiffs may seek a court-ordered subpoena for SSS Ocasio, not to be served until after Febrruary 17, 2014.

(4) Defendants will produce the outstanding closing reports by February 18.

(5) Plaintiffs may conduct a limited Rule 30(b)(6) deposition with respect to the recently discovered policy statement discussed on the record today.  The deposition will be held on or before April 1, 2014.

**NEXT CONFERENCE:  APRIL 11, 2014 AT 3:00 PM.**   Letters identifying the matters to be addressed at the next conference will be filed by April 7.

(**FTR 3:06-3:52**)